PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00228-WBS-JDP |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $163,051.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States has added the Approximately $163,051.00

in U.S. Currency to Criminal Case No. 2:22-CR-00046-TLN.  Accordingly, this miscellaneous case may

be closed.

Dated:   3/10/2022

PHILLIP A. TALBERT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

1